Date: 08/27/09            **DIVIDENDS REMITTED TO THE COURT**            Page:

Check Number 3015 Dated 08/27/09
Case Number 08-34227 - REYES, FABIOLA L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| City Of Toledo<br>Department Of Public Utilities<br>420 Madison Avenue, Ste. 100<br>Toledo, OH 43604 | 000007A | 7.63 | 3.24 |
| ---------- Remittance Total --------------- | | 7.63 | 3.24 |

*(signed)*
DOUGLAS A. DYMARKOWSKI, Trustee

*Handwritten at top:* ✓# 3015  # 127850

*FILED stamp: 2009 SEP -1 AM 10:33, U.S. BANKRUPTCY COURT, TOLEDO, OHIO*